AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERNEST HOWARD KING,

      Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV422-157

WARDEN BROOKS L. BENTON; DEPUTY WARDEN JONES; SGT. MITCHELL; CERT. SGT. BROWN; UNIT MANAGER MR. LOVE; UNIT MANAGER MR. FERRY; DEPUTY WARDEN GLEN; KAGLER; MITCHELL; RN BEARD; and MACK,

      Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated July 26, 2023, Defendants' Motion to Dismiss is granted in part and dismissed as moot in part. Therefore, Plaintiff's Amended Complaint is dismissed for failure to exhaust his administrative remedies, and this civil action stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRSTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

July 26, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Candy Cashell_
(By) Deputy Clerk

GAS Rev 10/2020